1  JASON M. FRIERSON
United States Attorney
2  District of Nevada
Nevada Bar No. 7709
3  PATRICK A. ROSE
Nevada Bar No. 5109
4  Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
5  Las Vegas, Nevada 89101
(702) 388-6336
6  Patrick.Rose@usdoj.gov

7  *Attorneys for the United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Beth A. Sotolongo,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America, Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01825-ART-BNW<br><br>**Stipulation and Order to Continue Due Date for Dismissal Papers**<br><br>**(First Request)** |

The parties respectfully request that the Court continue the July 12, 2023, due date (for the filing of dismissal papers), *see* Minute Order, ECF No. 29, for 30 days to August 11, 2023. This is the first request to continue the due date to file dismissal papers.

The parties recently finalized the settlement agreement. On June 26, 2023, Defendant submitted the settlement-payment request to the Department of Treasury's Judgment Fund. Defendant estimates that payment will occur after July 12, 2023. Additionally, undersigned defense counsel will be out of the office for dates that include July 12, 2023. After payment of the settlement amount, the parties will promptly file a stipulation for dismissal with prejudice, each party to bear its own attorneys' fees and costs.

Accordingly, the parties respectfully request that the Court continue the July 12, 2023, due date (for the filing of dismissal papers), for 30 days to August 11, 2023.

Respectfully submitted this 27th day of June 2023.

| | |
|---|---|
| LADAH LAW FIRM | JASON M. FRIERSON<br>United States Attorney |
| */s/ Donald Paradiso*<br>RAMZY P. LADAH, ESQ.<br>Nevada Bar No. 11405<br>DONALD P. PARADISO, ESQ.<br>Nevada Bar No. 12845<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | */s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for Defendant United States* |

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 28, 2023