# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Beth A. Sotolongo,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America, Does I through XX, inclusive; and Roe Business Entities I through XX, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-01825-ART-BNW<br><br>**ORDER GRANTING**<br><br>**Stipulation for Dismissal with Prejudice** |

Plaintiff Beth Sotolongo and Defendant United States of America stipulate that this action be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Respectfully submitted this 21st day of July 2023.

| | |
|---|---|
| LADAH LAW FIRM<br><br>*/s/ Donald P. Paradiso*<br>DONALD P. PARADISO, ESQ.<br>Nevada Bar No. 12845<br>517 S. Third Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Patrick A. Rose*<br>PATRICK A. ROSE<br>Assistant United States Attorney<br>*Attorneys for Defendant United States* |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Court Judge

DATED: <u>July 24, 2023</u>.